UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES STANTON, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-1105 (PLF) |
| U.S. PAROLE COMMISSION, | ) |
| Respondent. | ) |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner has filed an application for a writ of *habeas corpus*. Pursuant to 28 U.S.C. § 2243, it is

ORDERED that respondent, through counsel, shall, within twenty (20) days from service of this Order, file a statement showing why the writ of *habeas corpus* should not issue.

The Clerk is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's custodian and the United States Attorney for the District of Columbia.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: August 14, 2006