# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES STANTON,          *
          Petitioner,      *
                      *    **Civil Action No. 06-1105 (PLF)**
      v.             *
                      *
U.S. PAROLE COMMISSION, et al.,  *
          Respondents.    *

## UNITED STATES PAROLE COMMISSION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

The United States Parole Commission, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be allowed approximately 30 additional days, or until October 5, 2006, to file its response to petitioner's Petitioner for Writ of Habeas Corpus. As grounds for this request, the United States Parole Commission ("the Commission") states as follows:

1.      On or about June 15, 2006, petitioner filed the instant habeas petition. In its August 14, 2006 Order, the Court directed that the Commission file its response to the petition by September 5, 2006.

2.      The Commission now seeks approximately thirty additional days to file its response. This extension of time is sought to permit the Commission sufficient time to review petitioner's submission and the documents associated with the revocation of petitioner's supervised release and to research and prepare its response. This extension of time also is necessary in light of the undersigned counsel's workload and pre-existing deadlines in other matters. In addition, undersigned counsel will be on leave from September 5 through September 11, 2006.

3.      This extension of time will not unduly prejudice the petitioner.

4.      This is the first extension of time that the Commission has sought in this matter.

5.      Petitioner, through his counsel, does not oppose the relief sought herein.

6.      A proposed order is attached.

        WHEREFORE, the Commission respectfully requests that it be permitted to file its

response to petitioner's habeas petition by no later than October 5, 2006.

                            Respectfully submitted,

                            KENNETH L. WAINSTEIN
                            United States Attorney
                            D.C. Bar Number 451-058

                            ROBERT D. OKUN
                            Assistant United States Attorney
                            Chief, Special Proceedings Section
                            D.C. Bar Number 457-078


                            ___/s/_____
                            MARGARET J. CHRISS
                            Assistant United States Attorney
                            D.C. Bar Number 452-403
                            555 4th Street, N.W.
                            Special Proceedings Section (10th Floor)
                            Washington, D.C.  20530
                            (202) 307-0874

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that this, 31st day of August 2006, a copy of the foregoing Motion
has been served via the United States District Court for the District of Columbia's ECF program
upon petitioner's counsel of record:

Olinda Moyd, Esq.


                            ___/s/_____
                            Assistant United States Attorney

2