UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES STANTON,<br>Petitioner,<br><br>v.<br><br>U.S. PAROLE COMMISSION, et al.,<br>Respondents. | *<br>*<br>*  Civil Action No. 06-1105 (PLF)<br>*<br>*<br>*<br>* |

### ORDER

Upon consideration of the United States Parole Commission's Unopposed Motion for Extension of Time to File Its Response to Petitioner's Petition for Habeas Corpus and for good cause shown, it is this 1st day of _____ 2006, hereby:

**ORDERED** that the motion is granted, and that the United States Parole Commission may file its response to petitioner's habeas petition by October 5, 2006.

**SO ORDERED.**

_____
United States District Judge

Copy to (via ECF):

Margaret J. Chriss
Assistant United States Attorney

Olinda Moyd
Chief, Parole Division
Public Defender Service