**Exhibit A**

Case 1:06-cv-01105-PLF    Document 8-2    Filed 10/05/2006    Page 1 of 2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America

v.

CHARLES A. STANTON

JUDGMENT IN A CRIMINAL CASE

Case Number: F1603
PDID No: 458520

### THE DEFENDANT:

☒ ENTERED A PLEA OF GUILTY TO COUNT(S) "D"

☐ WAS FOUND GUILTY ON COUNT(S) _____ AFTER A PLEA OF NOT GUILTY.

| Count | Nature of Charges | Title & Section | Date of Offense |
|---|---|---|---|
| Count D | Possession w/ I to Distribute Cocaine (Alt.) | 33-541(a)(1) | 3-17-03 |

### SENTENCE OF THE COURT

COUNT D: (30) THIRTY MONTHS FOLLOWED BY (3) THREE YEARS SUPERVISED RELEASE. DEFENDANT TO PAY $100.00 UNDER VVCA, TO BE TAKEN FROM ANY PAY. WHILE ON SUPERVISED RELEASE, OBTAIN SUBSTANCE ABUSE TREATMENT, OBTAIN GED AND VOCATION TRAINING.

☐ The Defendant is hereby ordered to pay restitution. See page 3 of this order for conditions of payment.

Costs in the aggregate amount of $100.00 have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☒ have not been paid.

July 21, 2003
Date

JUDITH RETCHIN, Associate Judge
Name and Title of Judicial Officer

Deputy Clerk

Certification by Clerk pursuant to Criminal Rule 32(d)
July 21, 2003
Date

A TRUE COPY
TEST: 7-21-03

Clerk, Superior Court of the
District of Columbia

By _____
Deputy Clerk