**Exhibit B**

Case 1:06-cv-01105-PLF   Document 8-3   Filed 10/05/2006   Page 1 of 4



## SRAA Local Revocation Prehearing Assessment

**Name..........:** STANTON, CHARLES
**Reg Number:** 04825-007
**Birth Date...:**
**DCDC Number:** 280-908

### Prehearing Parameters
  Date...............................: 02/14/2006
  Examiner..........................: Joseph M. Pacholski
  Location...........................: CTF (or DC Jail)

### Warrant Parameters
  Supervision Type..................: Supervised Release
  Supervision District..............: General Supervision Unit XI-Team 19 3850 South Capitol
  Warrant/Summons..................: Warrant
  Warrant Executed..................: 01/03/2006
  Probable Cause Found..............: 01/06/2006
  Revocation Hearing Deadline.....: 03/06/2006

### Sentence Parameters
  GL Credit Prior to Warrant Execution.....................................: 0
  Maximum Authorized Term of Supervised Release (months)...........: 60
  Maximum Authorized New Term of Imprisonment (months)..........: 36
  Number of Months in custody on previous warrant without revocation: 0
  Total of New Terms of Imprisonment Previously Imposed (months)..: 0
  Remaining Term of Supervised Release (months).......................: 60
  Remaining Maximum New Term of Imprisonment (months)..........: 36
  Detainer.....................................................................: None

**Additional Text regarding the above parameters:**
None.

**Previous Commission Action:**
The subject was sentenced to 30 months with 3 years Supervised Release on 7/21/03, for Attempted Possession with Intent to Distribute Cocaine (F 1614-03) (33-541(A)(B). The subject was released on 6/14/05.

**Violations of Conditions of Release :**

   **Charge Number:** 1
   Offense:................................ **Use of Dangerous and Habit Forming Drugs**



Violation Behavior:............... . The releasee submitted urine specimens which tested positive for: PCP – 9-26-2005, 10-3-2005, 10-24-2005, 10-31-2005, and 11-7-2005.
This charge is based on the information contained in the violation report dated 11-17-2005 from supervising officer Nacre Williams and corresponding drug report dated 11-17-2005.

**Charge Number:** 2
Offense:............................. **Law Violation – Possession with Intent to Distribute Crack Cocaine.**
Violation Behavior:............... On 11-10-2005, police observed the releasee engage in a hand-to-hand transaction with another individual, during which the releasee walked to the rear of a parked car, sat down on a half-wall, and then was seen handing a small object to the other individual in exchange for U.S. currency. The releasee was stopped and police recovered a Ziploc bag containing 14 smaller Ziplocs of crack cocaine from the ground behind the parked car. The releasee was arrested by the Washington Metropolitan Police for the above-cited offense on the same date. This charge is based on the information contained in the violation report dated 11-17-2005 from supervising officer Nacre Williams and a police report dated 11-10-2005. Status of Custody/Criminal Proceedings: No papered.

**Severity:** Category Three

**Severity Justification:** Your violation behavior has been rated Category Three severity because it involved Administrative and Criminal offenses, specifically: Possession with Intent tot Distribute Cocaine (Crack) less than 1 gram.

## SALIENT FACTOR SCORE (SFS-98)

SFS Item A = 0    Subject has 4 prior convictions/adjudication.

| Date | Offense | Disposition |
|---|---|---|
| 08/21/1998 | Attempted Distribution of Cocaine (F 6032-98) | 30 months suspended and 1 year probation (1-0); Probation revoked on 2/7/00 and sentenced to 30 months (1-1) |
| 05/19/1999 | Attempted Possession with Intent to Distribute Cocaine (F 3408-99) | 4 years probation (2-1) |
| 11/05/1999 | Distribution of Cocaine (F 4158-00) | 9 to 27 months on 4/19/01 (3-1); Paroled on 2/17/03 with FTD of 7/17/03. |
| 03/17/2003 | Attempted Possession with Intent to Distribute Cocaine (F 1614-03) (33-541(A)(B) | 30 months with 3 years Supervised Release on 7/21/03 (4-2); Released on 6/14/05. |

SFS Item B = 1    Subject has 2 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

STANTON, CHARLES 04825-007                                                Page 2 of 3



SFS Item C =  3    Subject was 26 years old at the commencement of the current offense and had 2 prior commitments.

SFS Item D =  0    09/26/2005 - Date of Current Offense.
06/14/2005 - Release to the Community from last commitment

SFS Item E =  0    Subject is a parole status violator.

SFS Item F =  0    Sum of Items A-E = 4 and the offender was 26 years old at the commencement of the current offense.

Salient Factor Score = 4

---

**Negative Behavior after Warrant Execution:**
The prisoner had no Disciplinary Behavior after the Warrant Execution.

**Re-parole Guidelines (range in months):** 18 - 24

**Rescission Guidelines (range in months):** 0 - 0

**Aggregate Guidelines (range in months):** 18 - 24

**Text to Describe Any Other Behavior or Remaining Issues:**
None

**Evaluation:**
The subject has been in custody for 2 months as of 3/3/06. The violation behavior has been rated as a Category THREE severity because it involved Possession with Intent to Distribute Cocaine (Crack) less than 1 gram. The guideline range is 18-24 months.

The time in custody is calculated from the date the warrant was executed.

A DEA-7 maybe helpful in this case because if the 14 ziplocks of crack cocaine is more than 1 gram and less than 9.9 grams, the severity rating would be a Category FOUR. The guideline range is 26-34 months.