**Exhibit D**



# Court Services and Offender Supervision Agency
## for the District of Columbia

*Community Supervision Services*
*General Supervision/Branch II-B*

## Alleged Violation(s) Report

November 17, 2005

| | | | |
|---|---|---|---|
| **TO:** | The United States Parole Commission<br>Scott Kubic<br>5550 Friendship Boulevard<br>Chevy Chase, MD 20815-7286 | | |
| **FROM:** | Nacre S. Williams<br>Community Supervision Officer | **Unit:** | General Supervision Unit III<br>- Team 32 |
| | | **Telephone:** | (202) 585-7657 |
| **Please send all inquiries to:** | 3850 South Capitol St., SE (2nd Floor)<br>Washington, DC 20032-1418 | **Fax:** | (202) 585-7661 |
| | | **Email:** | Nacre.Williams@csosa.gov |
| **SUBJECT:** | Non-Compliance with Supervised Release | | |
| **DOCKET:** | F1614-03 | | |
| **Offender:** | Mr. Charles Antonio Stanton | | |
| **FEDREG #:** | 048250-07 | | |
| **FBI #:** | 802597HB6 | | NOV 2 2 2005 |
| **DCDC #:** | 280-908 | | |
| **PDID #:** | 458-204 | | |

**Action Recommended:** Warrant

### SENTENCING INFORMATION:

Mr. Charles Stanton is a 26 year-old male who was sentenced on 7/21/2003 to Thirty (30) months in prison followed by Three (3) years Supervised Release for the charge of Possession With Intent to Distribute Cocaine. The offender was placed on Supervised Release 6/14/2005 with a full-term date of 6/14/2008. Special conditions include; Drug testing, Drug and/or Alcohol Treatment.

### ALLEGED VIOLATION(S)

Since supervision, the offender is alleged to have committed the following violation(s):



Court Services and Offender Supervision Agency
Offender: Charles Stanton
PDID: 458-204

    9/26/2005   Illegally Used Controlled Danger Substance (PCP)
    10/3/2005   Illegally Used Controlled Danger Substance (PCP)
    10/24/2005 Illegally Used Controlled Danger Substance (PCP)
    10/31/2005 Illegally Used Controlled Danger Substance (PCP)
    11/7/2005   Illegally Used Controlled Danger Substance (PCP)
    11/11/2005 Failed to Obey all Laws

**Allegation # 1.** Offender illegally possessed, used, sold, or purchased a narcotic drug, controlled dangerous substance or related paraphernalia.

On 9/26, 10/3, 10/24, 10/31 and 11/7/2005, as evidence attached it has been confirmed through Gas Chromatography Mass Spectrometry (GCMS), that Mr. Stanton tested positive for the drug Phencyclidine (PCP).

**Allegation # 2.** Offender failed to obey all laws.

On 11/10/2005, Mr. Stanton was arrested in Washington, DC and charged with UCSA Possession with Intent to Distribute Cocaine. As evidenced by the attached PD-163, the offender was taken into custody; however, this charge was no papered.

The officer received this case in transfer on 9/27/2005. Prior to transfer, Mr. Stanton was compliant until recent positive drug use and new charge that was incurred. Mr. Stanton's overall adjustment is currently poor. Mr. Stanton was placed on medium supervision on 8/15/2005.

Mr. Charles Stanton resides at 1907 Good Hope Rd 2 SE, Washington, D.C. 20020 and can be reached by phone at (202) 889-1591. He has been at this place of residence for 0 year(s) and 6 month(s). Mr. Stanton currently resides with his mother Michelle Dixon. The last home visit was conducted on 10/21/2005.

On or about 6/10/2005, Charles Stanton was employed with EPSI. On 10/11/05, he advised this officer that he lost his job due to a reduction in work. However, he states that he previously worked for Metro Rail Station and that he was in the process of seeking employment with Metro again.

On 11/14/2005 this officer received notice that Mr. Stanton was arrested on 11/10/2005, in Washington D.C. and charged with UCSA Possession with Intent to Distribute Cocaine. It has been verified that the offender was officially charged, however, the charge was dismissed with no further actions. Sanction imposed was a result of AVR submission. All urine sample dates that were returned positive for PCP are indicated in the allegation statement listed above. This officer sanctioned Mr. Stanton accordingly for each violation listed by imposing a verbal reprimand, written reprimand, daily reporting and increased urine surveillance. Mr. Stanton adhered to all sanctions imposed. Since positive results, his last urinalysis submission was return negative for illegal substances on 11/11/05.

A local a national record check was conducted on 11/17/05 and there is no additional arrest to report or outstanding warrants.

Court Services and Offender Supervision Agency

Offender: Charles Stanton
PDID: 458-204

This Community Supervision Officer concludes that Mr. Stanton poses a moderate risk based on the nature of the offense – identical to his supervision offense – and his recent use of a dangerous substance. Therefore, this officer is respectfully requesting a Warrant.

Respectfully Submitted

*Nacre S. Williams*  11/17/05
_____  _____
*Nacre Williams*         DATE
*Community Supervision Officer*
*Telephone Number: (202) 585-7657*


*Lorenzo L. Harris*  11/17/05
_____  _____
*Lorenzo L. Harris*      DATE
*Supervisory Community Supervision Officer*
*Telephone Number: (202) 585-7662*

cc: File

Special Project 3 use:
SMART ☐
Tracking ☐



# Court Services and Offender Supervision Agency
## for the District of Columbia
### *Special Projects Unit*

## NOTICE OF OFFENDER ARREST

| To: | Harris, Lorenzo | 32 | IIB |
|---|---|---|---|
| | Supervisory Community Supervision Officer | Team | Branch |
| | Williams, Nacre | | |
| | Community Supervision Officer | | |

70\

From:       Special Projects Unit

SUBJECT:    Offender Re-arrest

| Name | PDID | Supervision Type |
|---|---|---|
| Charles Stanton | 458204 | SUPREL |

### Arrest Summary:

| New Charge ☐ | Bench Warrant ☐ | Citation ☐ | E/F ☐ |
|---|---|---|---|
| Fugitive From Justice ☐ | Prob. Violation ☐ | Court date _____ | Fine _____ |
| | Parole Violation ☐ | | |
| | Paternity Warrant ☐ | | |

**Other comments (Those that apply are checked)**

☐ Case information has not been updated in CIS or PRISM
☐ Disposition information is not updated in CIS
☐ MPD copy of PD163 is missing a page or is not legible.
☐ PD163 could not be located. Additional attempts to locate PD163 will be made.
☐ Alternate Documentation Attached.
☐ Other _____