**Exhibit E**

2596

# METROPOLITAN POLICE DEPARTMENT
# Washington, D.C.
## ARREST/PROSECUTION REPORT

| Field | Value |
|---|---|
| 2. ID NUMBER (ID ONLY) | 458204 |
| 5. CCN/ARREST NO | 01050 5681 |
| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE | STANTON, CHARLES ANTONIO |
| 8. Arresting Officer's Name | SALAMONE, JOHN |
| Rank / Badge # / Agency | OFC 3773 MPD |
| 12. COURT DATE | 11/10/05 |
| 13. ADDRESS | 1907 GOODHOPE RD SE #2 |
| 11. PHONE NUMBER | 202-839-1591 |
| 14. TIME IN D.C. | LIFE |
| 16. SEX | Male |
| 17. RACE | Black |
| 27. BIRTHPLACE | DC |
| 21. HEIGHT | 5'2 |
| 22. WEIGHT | 160 |
| 23. HAIR | BLK |
| 24. EYES | BRN |
| 25. COMPLEX | Med |
| 26. PERMIT NO/ST | UNKNOWN |
| 29. IMPERSONATOR? | NO |
| 32. SCARS/MARKS/TATTOOS | TATTOO UNDER EYE TEAR DROP |
| 33. HAT | BLK |
| 34. JACKET | BLK AND GREEN |
| 35. PANTS | BLUE |
| 40. LOCATION OF OFFENSE | IN FRONT OF #9 TEMPLE COURT NW |
| DATE OF OFFENSE | 11/10/05 |
| TIME OF OFFENSE | 1705 |
| 40. LOCATION OF ARREST | UNIT BLK OF TEMPLE COURT NW |
| DATE OF ARREST | 11/10/05 |
| TIME OF ARREST | 1705 |
| 42. ASSISTING OFFICER | BARTHOLOMEW, B OFC 3452 1D/FMT |
| ASSISTING OFFICER | SOWERS, HARRY 3364 OFC 1D/FMT |
| 43. DEFENDANT ADVISED OF RIGHTS | |
| DATE | 11/10/2005 |
| LOCATION | 1D/FMT |
| OFFICER ADVISING | CARDNAL, ALVIN |
| BADGE NO | 3773 |
| UNIT | 1D |
| 44. COMPLAINANTS/WITNESSES W-1 | SOCIETY |
| BIRTHDATE | N/A |
| 45. SPEC OPS | FMT |
| 46. TACTICS | 8 - Surveillance/O.P. |
| 47. PREMISES | 3 - Parking Lot |

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO |
|---|---|---|---|---|
| 1: UCSA PWID COCAINE | | 153-174 | Lock up | |
| 2 | | | Lock up | |
| 3 | | | Lock up | |

50. PROPERTY RECOVERY / ITEMS OF EVIDENCE
PROPERTY BOOK/CASE NO. 1588-345

(15)

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

## 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1)

| FROM-DATE-TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

## 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| MOTHER | ADULT | DIXON, MICHELLE | SAME AS DEFENDENT | 202-389-1591 |

**57. MILITARY SERVICE BRANCH/DATE FROM–TO:** N/A

**58. TELEPHONE CALL MADE:** ☐ YES ☒ NO ☐ REFUSED

**59. PHONE NUMBER:**

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in item 31.)

The event occurred on 11/10/05 at approximately 1705 in front of IN FRONT OF #9 TEMPLE COURT NW in Washington DC. The offense occurred Thursday, November 10, 2005, at approximately 1551 hrs in the parking lot in the rear f the Unit blk K St., N.W., Washington, D.C. Ofc. Sowers is a member of the 1st District Focus Mission Team. Esatblished by Ofc. Sowers was an observation post in the area observing the parking lot area in the rear of the Unit blk K St., N.W. at approximately 1532hrs. D-1(CHARLES STANTON) was appoached by an undeintified black male subject in the parking lot area. Def. Stanton then walked to the rear of a dark grey Honda Accord and sat down on the wall area. Def. Stanton's lower torso area was obstructed by the trunk of the vehicle. Observed was Def. Stanton looking towards his left momentarily. Def. Stanton then with his right hand hanled a small object to the male subject in exchange for currency. The male subject then left the area. A lookout was given for the male subject who was not located. A lookout was given for Def. STanton(black male, black/green coat, black hat, glasses) who was stopped on the scene and positively identifed by the observation post officer. Recovered by Ofc. Bartholomew from the ground in the rear of the vehicle was a green ziplock packet containing (14)fourteen ziplock packets containing white rock substance which tested positive for the presence of cocaine. Defendant was placed under arrest and transported to the 1st District for processing. Search incident to arrest recovered by Ofc. Melby from Def. Stanton was $13.00 in U.S. currency.

**61. DEFENDANT'S VERSION/REMARKS:** (What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.))

**62. RECORD CLERK'S NAME**

**ARREST RECORD SUMMARY**

| 1. | 2. | 3. | 4. | 5. | 6. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|---|---|

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no (If yes, include in Defendant's Version/Remarks Section above.)

**66. PRINTED NAME- OFFICER MAKING STATEMENT:** 

**BADGE NUMBER:** 3604

**RANK:** OFC

**68. SIGNATURE OF REVIEWING OFFICIAL:**

**67. SIGNATURE OF OFFICER MAKING STATEMENT:**

**UNIT:** 1-D

**DATE:** 11/10/2005

**DATE:** 11-10-05