**Exhibit F**

# WARRANT
## D.C. Code Offender

U.S. Department of Justice
United States Parole Commission

---

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Stanton, Charles, Reg. No. 04825-007, DCDC No. 280-908, was sentenced to a term of supervised release by the Superior Court of the District of Columbia or the United States District Court for the crime of Attempted Possession With Intent to Distribute Cocaine and began serving that term of supervised release on June 14, 2005;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on December 22, 2005

                                          _____ 12/23/05
                                          U.S. Parole Commissioner

---

Stanton, Charles
Reg. No. 04825-007    DCDC No. 280-908



 

U.S. DEPARTMENT OF JUSTICE  
UNITED STATES PAROLE COMMISSION

**WARRANT APPLICATION**  
D.C. Code Offender

Name ..............................Stanton, Charles

| | |
|---|---|
| Reg. No ..........................04825-007 | Date.......................................... December 22, 2005 |
| DCDC No.......................280-908 | Termination of Supervision...... 6-13-2008 |
| FBI No...........................802 597 HB6 | Violation Date.......................... 9-26-2005 |
| Birth Date......................2-5-79 | Released...................................June 14, 2005 |
| Race..............................Black | |

Sentence Length ........... 30 months with 3 years supervised release  
Original Offense..............Attempted Possession With Intent to Distribute Cocaine

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**  
**Charge No. 1 - Use of Dangerous and Habit Forming Drugs.** The releasee submitted urine specimens which tested positive for:  
PCP – 9-26-2005, 10-3-2005, 10-24-2005, 10-31-2005, and 11-7-2005.  
This charge is based on the information contained in the violation report dated 11-17-2005 from supervising officer Nacre Williams and corresponding drug report dated 11-17-2005.  
I ADMIT [ ] or DENY [ ] this charge.

Stanton, Charles  
Reg. No. 04825-007    DCDC No. 280-908



**Charge No. 2 - Law Violation – Possession With Intent to Distribute Crack Cocaine.** On 11-10-2005, police observed the releasee engage in a hand-to-hand transaction with another individual, during which the realeasee walked to the rear of a parked car, sat down on a half-wall, and then was seen handing a small object to the other individual in exchange for U.S. currency. The releasee was stopped and police recovered a Ziploc bag containing 14 smaller Ziplocs of crack cocaine from the ground behind the parked car. The releasee was arrested by the Washington Metropolitan Police for the above-cited offense on the same date. This charge is based on the information contained in the violation report dated 11-17-2005 from supervising officer Nacre Williams and a police report dated 11-10-2005. Status of Custody/Criminal Proceedings: No papered.
I ADMIT [ ] or DENY [ ] this charge.

**Probable Cause Hearing Is Required**                    Warrant Recommended By:

Warrant Issued................... **December 22, 2005**        Scott Kubic, Case Analyst
                                                               U.S. Parole Commission

Community Supervision Office Requesting Warrant: **General Supervision Unit III-Team 32, 3850 South Capitol**

---

Stanton, Charles
Reg. No. 04825-007   DCDC No. 280-908