**Exhibit G**

## D.C. PROBABLE CAUSE HEARING DIGEST

Name...........................: **Stanton, Charles**          Date Warrant Executed.: 1.3.06

Reg. No. .......................: **04825-007**                Hearing Date .........: 11.6.06

Type of Release ............: **Supervised Release**          Examiner ..............: P. Howard

Full Term Date When Warrant Issued..: **6-13-2008**   Supervision Officer: **Nacre Williams**

---

**Attorney at Probable Cause Hearing:**

[ ✓ ] PDS    [ ] Other    [ ] None

Name _D. Winter_

Address _____

_____

Phone _____

**Attorney Representing Subject at Revocation Hearing:**

[ ✓ ] PDS    [ ] Other    [ ] Unknown

Name _____

Address _Same_

Phone _____

---

**I. Items Advised** *(Check that the subject has been advised of the following two rights)*:

[ ✓ ] Advised of Right to a Probable Cause Hearing    [ ✓ ] Advised of Right to Attorney

**II. Reason For Not Conducting Probable Cause Hearing**
*(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

    [ ] At Request of Attorney/Prisoner    [ ] Prisoner Unavailable

    [ ] Other Reason: _____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

---

Stanton, Charles
Reg. No. 04825-007   DCDC No. 280-908




## III. Review of Charges:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs

[ ] ADMITS      [X] DENIES

The Subject's Response: _Request change of custody_

[X] Probable Cause Found. After considering the violation report dated 11-17-2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

Charge No. 2 - Law Violation – Possession With Intent to Distribute Crack Cocaine.

[ ] ADMITS      [X] DENIES

The Subject's Response: _No papers on 11/11/05_

[X] Probable Cause Found. After considering the violation report dated 11-17-2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

Stanton, Charles
Reg. No. 04825-007    DCDC No. 280-908

_____

_____

_____

_____

[ ] No Probable Cause Found

_____

## IV. Additional Charges:

_____

_____

_____

_____

## V. Outcome of Probable Cause Hearing:

[X] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

    [ ] **Reinstate** to Supervision or   [ ] **Close Case** *(If expiration date has passed)*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] **Summon** to revocation hearing or [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer Nacre Williams

Stanton, Charles
Reg. No. 04825-007    DCDC No. 280-908

Name: Officer Harry Sowers
Badge No. 3364
MPD (1D)
Status: ___✓Approved      ____Not Approved      ____Pending Further Review


Name: Officer B. Bartholomew
Badge No. 3452
MPD (1D) ✓
Status: ____Approved      ____Not Approved      ____Pending Further Review

---

## VII. Adverse Witnesses Requested by Subject:

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

---

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

---

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

---

**VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:**

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____


Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

## IX. Revocation Hearing:

[X] Local Revocation or     [ ] Combined Probable Cause/Local Revocation on:

Location: [ ] CTF   [ ] DC Jail   Date: 3/8/06   Time: [X] am   [ ] pm

[ ] Other at _____

[ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

May Qualify for an Expedited Offer:   [X] No   [ ] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.   [X] No   [ ] Yes

_____        1/6/06
Attorney/Prisoner                                      Date

*Additional Text:*

_____        1/6/06
Examiner                                               Date

**Disclosure Documents:** Warrant dated 12-22-2005, Warrant Application dated 12-22-2005, Violation Report dated 11-17-2005 with attachments, Supervised Release Certificate dated 5-25-2005, Pre-Sentence Report

I acknowledge having received the above disclosure documents and a copy of this document.

_____        1/6/06
Attorney/Prisoner                                      Date

Stanton, Charles
Reg. No. 04825-007    DCDC No. 280-908