**Exhibit I**

Case 1:06-cv-01105-PLF    Document 8-10    Filed 10/05/2006    Page 1 of 3

CITY OF WASHINGTON )

DISTRICT OF COLUMBIA )

### STATEMENT OF REYNELL TOLSON

I, Reynell Tolson, do hereby affirm that the following is true to the best of my knowledge and recollection:

1. My name is Reynell Tolson. I live at 33 K Street, N.W., in Washington, D.C.

2. I recently spoke with Siobhan Briley, student attorney at the Georgetown Criminal Justice Clinic. Ms. Briley told me that she is representing Charles Stanton and that Mr. Stanton is being charged with possession with intent to distribute crack cocaine. This charge arose from his arrest on November 10, 2005. This affidavit describes what I witnessed on November 10, 2005.

3. On November 10, 2005, I saw Charles Stanton standing behind the building where I live.

4. Mr. Stanton leaning on a gate, talking to another man.

5. Police officers approached Mr. Stanton and the other man, stopped both of them for a moment, and then left. I was not close enough to hear what the officers said to Mr. Stanton.

6. The man who was standing with Mr. Stanton also left.

7. I met Mr. Stanton at the gate and we went and bought ice cream from a nearby ice cream truck. We remained in back of the building where I live.



8. Approximately three or four minutes later, the police approached Mr. Stanton a second time. I was able to hear what the police said to Mr. Stanton when they stopped him the second time.

9. Mr. Stanton asked the police officers why they were stopping him. The officers said, more than once, that they had a tape of Mr. Stanton selling drugs. Mr. Stanton asked to see the tape. The officers laughed and said they would show Mr. Stanton the tape at the police station. Then they arrested Mr. Stanton.

10. I recovered Mr. Stanton's property from the police station.

11. Mr. Stanton was released from custody the next day and his case was dismissed.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
Reynell Tolson
3-8-06

2