**Exhibit J**

| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |
|---|---|
| Name: STANTON, Charles<br>Register Number: 04825-007<br>DCDC No: 280-908 | Institution: D.C. – C.T.F.<br><br>Date:    March 27, 2006 |

As a result of the hearing conducted on March 6, 2006, the following action was ordered:

### SRAA D.C. Local Revocation

Continue for a subsequent hearing to re-subpoena Officer Harry Sowers regarding Charge 2 - Law Violation: Possession With Intent to Distribute Crack Cocaine.

**FINDINGS OF FACT:**

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs.

Basis: Your admission to the examiner and the testimony of CSO Williams.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

      D.C. Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20003

      Deborah Ritter
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004



U.S. Marshals Service
District of Columbia - District Court
333 Constitution Ave, N.W., Room 1400
Washington, D.C. 20001
Warrants - Attn: Sean McLeod

