**Exhibit K**




**United States Parole Commission**
**U.S. Department of Justice**

**Type of Contact....: Incoming Telephone Call**

**Date & Time.........:**April 12, 2006, 04:16 PM

**Name of Contact..:**Sgt. Renee Davis

**Agency....................:** MPD Court Liaison/MPD CANS

**Phone Number.....:**202-727-5657

**Prisoner.................:Stanton, Charles**
**Reg. No. 04825-007**
**DCDC No. 280-908**

**Keyer......................:**Patricia A. Bennett
Case Services Technician

---

On 4/11/2006, Sgt. Davis informed me that MPD Officer Sowers, Badge No. 3364 is serving in an undercover capacity, and is not allowed to attend hearings at the jail.

