**Exhibit M**

Case 1:06-cv-01105-PLF   Document 8-14   Filed 10/05/2006   Page 1 of 4

U.S. Department of Justice                           Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: STANTON, Charles                               Institution: D.C. CTF
Register Number: 04825-007
DCDC No: 280-908                                     Date:    May 8, 2006

---

As a result of the hearing conducted on April 17, 2006, the following action was ordered:

### SRAA DC Local Revocation:

This action is the conclusion of the decision put forth in Notice of Action dated March 27, 2006.

Revoke the term of supervised release. You shall serve a new term of imprisonment of 22 month(s) from January 3, 2006, the date the warrant was executed. You shall serve a new term of supervised release of 38 months following release from custody.

You shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

### FINDINGS OF FACT:

The Commission has found that you violated the following condition(s) of release:

Charge No. 2 - Law Violation - Possession with Intent to Distribute Crack Cocaine

Basis for the above stated finding(s): Information contained in police report dated 11-10-2005 and testimony of Officer Bartholomew at the 03-06-2006 revocation hearing.

### REASONS:

Your supervised release violation behavior has been rated as Category Three severity because it involved possession with intent to distribute and distribution of less than 1 gram of freebased cocaine. Your new Salient Factor Score is 4. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. Guidelines established by the Commission indicate a customary range of 18-24 months to be served before release. After review of all relevant factors and information presented, a departure from the guidelines is not warranted.

---

Stanton 04825-007                          -1-                        Clerk:  ADC
Queued: 05-08-2006 09:35:55 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General Supervision Unit III-Team 32, 3850 South Capitol | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |



The above decision is appealable to the National Appeals Board pursuant to 28 C.F.R. 2.220.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.



cc:    CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

      D.C. Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20003

      U.S. Probation Office
      General Supervision Unit III- Team 32
      CSOSA
      3850 South Capitol Street, S.E.
      Second Floor
      Washington, D.C. 20032

      D. Ritter
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Ave, N.W., Room 1400
      Washington, D.C. 20001
      Warrants - Attn: Sean McLeod

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 1 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 4 | Salient Factor Score (SFS-98) (sum of points for A-F above) |

Salient Factor Item C

| Age | Prior Commitments | | |
|---|---|---|---|
| | 0-1 | 2 | 3+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |