UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES STANTON,<br>Petitioner, | : | |
| v. | : | Case No. 06-CV-01105(PLF) |
| U.S. PAROLE COMMISSION, et al.,<br>Respondents. | : | |

## PETITIONER'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO REPLY TO RESPONDENTS OPPOSITION TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Petitioner Charles Stanton respectfully requests an enlargement of time up to and including Tuesday, November 28, 2006 to respond to Respondents' Opposition to Petitioner's Writ of Habeas Corpus filed on October 5, 2006. The current deadline passed on Monday, October 16, 2006. Pursuant to Local Civil Rule 7(m), Petitioner's counsel consulted with Respondent's counsel and was informed that the Respondents do not oppose the relief requested herein.

On October 5, 2006, Respondents filed an Opposition to Petitioner's Writ of Habeas Corpus, due to Petitioner's counsel's heavy case load, the deadline of October 16, 2006 was unintentionally overlooked. For this reason Petitioner Stanton respectfully requests the enlargement of time described herein.

A proposed Order consistent with this Motion is attached.

Date: October 18, 2006

Respectfully submitted,

Olinda Moyd
Chief, Parole Division
Public Defender Service
633 Indiana Ave, NW
Washington, D.C. 20004
(202) 824-2360

Counsel for Charles Stanton