UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES STANTON,<br>Petitioner, | : | |
| v. | : | Case No. 06-CV-01105(PLF) |
| U.S. PAROLE COMMISSION, et al.,<br>Respondents. | : | |

## ORDER

This matter is before the Court on Petitioner's *Unopposed Motion For Extension of Time to Reply to Respondent's Opposition to Petitioner's Petition for Writ of Habeas Corpus.* Upon consideration of this motion and the entire record herein, it is this ____day of _________, 2006,

ORDERED that Petitioner's motion should be and hereby is GRANTED, and thus, Petitioner shall have up to and including November 28, 2006 to respond to Respondents Opposition to Petitioner's Petition for Writ of Habeas Corpus.

SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

cc:
Olinda Moyd, Esq.
Public Defender Service for the District of Columbia
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Margaret J. Chriss
Assistant United States Attorney
555 4th Street, N.W.
Special Proceedings Division (10th Floor)
Washington, D.C. 20530