UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES STANTON,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. PAROLE COMMISSION, et al.,<br><br>    Respondents. | Civil Action No. 06-1105 (PLF) |

ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the petition for a writ of habeas corpus is DENIED; it is

FURTHER ORDERED that JUDGMENT is entered for respondents; and it is

FURTHER ORDERED that this case is dismissed from the docket of this Court; it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

                                                        /s/
                                                  PAUL L. FRIEDMAN
                                                United States District Judge

DATE:  June 27, 2007